MAYALL HURLEY, PC
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
ANGELA C. RUSSELL, ESQ.
CA State Bar No. 314700

WILLIAM L. SCHMIDT, ATTORNEY AT LAW, PC
P.O. Box 25001
Fresno, CA 93729
Telephone: (559) 261-2222
WILLIAM L. SCHMIDT, ESQ.
CA State Bar No. 206870
JEFFREY W. EISINGER, ESQ.
CA State Bar No. 109299

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JAMES BARRICK AND PAMELA TAYLOR, individually and as successor in interest to the Estate of James Barrick,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF STEVE MOORE, individually and in his official capacity, the COUNTY OF SAN JOAQUIN; The SAN JOAQUIN COUNTY SHERIFF'S OFFICE, and DOES 1-15, inclusive,<br><br>Defendants. | No. 2:18-cv-02216-MCE-DB<br><br>**ORDER TO MODIFY INITIAL SCHEDULING ORDER** |

The Court, having considered the parties' Stipulation for Modification of Initial Scheduling Order, and good cause appearing therefore, hereby modifies the Initial Scheduling Order (ECF 6) as follows:

---

ORDER TO MODIFY SCHEDULING ORDER
Page 1

General discovery shall be extended 90 days and close on November 14, 2019. Expert discovery dates and dates associated with dispositive motions shall be controlled by the new general discovery closure date.

IT IS SO ORDERED.

Dated: July 18, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE