**MAYALL HURLEY, PC**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
ANGELA C. RUSSELL, ESQ.
CA State Bar No. 314700

**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, PC**
P.O. Box 25001
Fresno, CA 93729
Telephone: (559) 261-2222
WILLIAM L. SCHMIDT, ESQ.
CA State Bar No. 206870
JEFFREY W. EISINGER, ESQ.
CA State Bar No. 109299

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JAMES BARRICK AND PAMELA TAYLOR, individually and as successor in interest to the Estate of James Barrick,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF STEVE MOORE, individually and in his official capacity, the COUNTY OF SAN JOAQUIN; The SAN JOAQUIN COUNTY SHERIFF'S OFFICE, and DOES 1-15, inclusive,<br><br>Defendants. | No. 2:18-cv-02216-MCE-DB<br><br>**ORDER ON STIPULATION AND PROPOSED ORDER FOR PROTECTIVE ORDER** |

////

////

////

////

___
ORDER TO MODIFY SCHEDULING ORDER
Page 1

1  The Court, having considered the parties' STIPULATION AND PROPOSED ORDER FOR PROTECTIVE ORDER, and good cause appearing therefore, hereby approves the protective order as stipulated.

IT IS SO ORDERED.

Dated: August 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE