William L. Schmidt, SBN 206870
Email: legal.schmidt@gmail.com
Jeffrey W. Eisinger, SBN 109299
Email: legal.schmidt.jeff@gmail.com
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.**
P.O. Box 25001
Fresno, CA 93729
Tel: 559.261.2222
Facsimile: 559.436.8163
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF JAMES BARRICK,** et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> **SHERIFF STEVE MOORE, et al.,** <br><br> **Defendants.** | No. 2:18-cv-02216-MCE-DB <br><br> **ORDER TO EXTEND GENERAL AND EXPERT DISCOVERY DEADLINES** |

The Court, having considered the parties' Stipulation to Extend Discovery Deadlines and the Modification to the Order issued July 19, 2019, (ECF 11), and good cause appearing therefore, hereby modifies the Scheduling Order (ECF 11) as follows:

General discovery shall be extended from November 14, 2019 to December 15, 2019. Expert discovery dates shall be controlled by the new general discovery closure date.

IT IS SO ORDERED.

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1