**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN

**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, PC**
P.O. Box 25001
Fresno, CA  93729
Telephone: (559) 261-2222
WILLIAM L. SCHMIDT, ESQ.
CA State Bar No. 206870
JEFFREY W. EISINGER, ESQ.
CA State Bar No. 109299

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JAMES BARRICK AND PAMELA TAYLOR, individually and as successor in interest to the Estate of James Barrick,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>SHERIFF STEVE MOORE, individually and in his official capacity, the COUNTY OF SAN JOAQUIN; The SAN JOAQUIN COUNTY SHERIFF'S OFFICE, and DOES 1-15, inclusive,<br><br>　　　　　　　Defendants. | No.  2:18-cv-02216-MCE-DB<br><br>**ORDER FOR MODIFICATION OF SCHEDULING ORDER** |

---

ORDER TO MODIFY SCHEDULING ORDER
Page 1

## **ORDER**

The Court, having considered the parties' Stipulation to Extend Scheduling Order Deadlines (ECF 20), and good cause appearing therefore, hereby modifies the Scheduling Order (ECF 6) as follows:

As a result of COVID-19 workplace restrictions, the deadline for completing expert depositions shall be extended 90 days.

As a result of the extension of time to complete expert depositions, the deadline for filing dispositive motions shall also be extended 90 days until September 17, 2020.

IT IS SO ORDERED.

Dated: April 23, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE